# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

MOHAMED H. KADIR,  Civil No. 09-3232 (JRT/AJB)

                Plaintiff,

v.  **ORDER OF DISMISSAL**

GREENPOINT MORTGAGE
FUNDING, CORP. *et al.*,

                Defendants.

_____

Mark Ireland, **HOUSING PRESERVATION PROJECT**, 570 Asbury Street, Suite 105, St. Paul, MN 55104; Martin Carlson, **LAW OFFICES OF MARTIN A CARLSON, LTD**, 247 Third Avenue South, Minneapolis, MN 55415, for plaintiff.

Aaron Van Oort and Ellen Silverman, **FAEGRE & BENSON LLP**, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for Defendant GreenPoint Mortgage Funding, Corp.

Donald Heeman, Jessica Marsh and Ryan Olson, **FELHABER LARSON FENLON & Vogt, PA**, 220 South Sixth Street, Suite 2200, Minneapolis, MN 55402, for Defendant GMAC LLC.

Jared Goerlitz and Steven Bruns, **PETERSON FRAM & BERGMAN, PA**, 55 East Fifth Street, Suite 800, St. Paul, MN 55101, for Defendant Specialized Loan Servicing, LLC.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the

action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: February 17, 2010
at Minneapolis, Minnesota.

                    <u>  s/ John R. Tunheim  </u>
                       JOHN R. TUNHEIM
                     United States District Judge